## GAMETEK LLC (Now Known as GT Gaming LLC), Plaintiff–Appellant

v.

## ZYNGA INC., Electronic Arts Inc., Defendants–Appellees

Funzio, Inc., Funzio USA, Inc., Gree International, Inc., Crowdstar International Limited, Crowdstar, Inc., Crowdstar Network, LLC, Defendants–Appellees.

Nos. 2014–1620, 2014–1621, 2014–1622, 2014–1623.

United States Court of Appeals, Federal Circuit.

March 17, 2015.

John J. Edmonds, Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC, Houston, TX, argued for plaintiff-appellant. Also represented by Stephen F. Schlather, Shea Neal Palavan.

Wayne M. Barsky, Gibson, Dunn & Crutcher LLP, Los Angeles, CA, argued for defendants-appellees. Also represented by Ellen Lin, Jason C. Lo, Blaine H. Evanson; Steven Moore, Kilpatrick Townsend & Stockton LLP, San Francisco, CA. Defendants-appellees Funzio, Inc., Funzio USA, Inc., Gree International, Inc., Crowdstar International Limited, Crowdstar, Inc., Crowdstar Network, LLC also represented by Vaibhav P. Kadaba, Kilpatrick Townsend & Stockton LLP, Atlanta, GA.

NEWMAN, CLEVENGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.